# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. No. 22-50278 |
| Plaintiff-Appellee, | D.C. No. CR 20-0322-ODW (Central Dist. Cal.) |
| v. | |
| RAMON OLORUNWA ABBAS, | **NOTICE AND SERVICE OF NINTH CIRCUIT ORDER AND PROOF OF SERVICE OF ORDER ON DEFENDANT-APPELLANT; DECLARATION OF KHALDOUN SHOBAKI** |
| Defendant-Appellant. | |

Plaintiff-Appellee United States of America, by and through its counsel of record, hereby provides (1) defendant-appellant Ramon Olorunwa Abbas ("appellant") notice and service of this Court's February 8, 2023, notice regarding undeliverable mail containing a January 19, 2023 order regarding withdraw of counsel (a copy of which is attached hereto); and (2) proof to this Court that, by this notice, the government has served the Court's notice and order on appellant.

DATED: February 21, 2023 Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BRAM M. ALDEN
Assistant United States Attorney
Chief, Criminal Appeals Section


 /s/ *Khaldoun Shobaki*


KHALDOUN SHOBAKI
Assistant United States Attorney
Cyber & Intellectual Property
Crimes Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

# DECLARATION OF KHALDOUN SHOBAKI

I, Khaldoun Shobaki, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and a member of my office's Cyber and Intellectual Property Crimes Section. I am responsible for representing the government in *United States v. Ramon Olorunwa Abbas*, C.A. No. 22-50278.

2. On February 8, 2023, I received via this Court's Case Management/Electronic Case Files ("CM/ECF") system a notice from this Court instructing me to, "to take all reasonable means to effect delivery. Within 14 days of the date of this notice, you are directed to submit proof of such efforts to the clerk at the above address."

3. I have attached the order to this notice, which I have served on appellant at the address that I believe to be his current address and that is reflected on the attached CM/ECF proof of service form.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of February, in Los Angeles, California.

/s/ *Khaldoun Shobaki*

KHALDOUN SHOBAKI
Assistant United States Attorney



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

February 08, 2023

**To:** Bram M. Alden
Khaldoun Shobaki

**From:** Molly C. Dwyer, Clerk of Court
By: Quy Le, Deputy Clerk

**Subject:** Returned Prisoner/Detainee Mail: 1/19/2023 Order and CJA 23 Form

Prisoner/Detainee: Ramon Olorunwa Abbas (#54313-424)

**Re:** USCA No. 22-50278 USA v. Ramon Abbas

This court unsuccessfully attempted to have mail delivered to the above named prisoner/detainee at the following address:

*Cimarron Facility*
*3200 S. Kings Hwy.*
*Cushing, OK 74023*

Pursuant to G.O. 12.8, this mail is now being forwarded to you to take all reasonable means to effect delivery. Within 14 days of the date of this notice, you are directed to submit proof of such efforts to the clerk at the above address.

**22-50278**



FEB 0 6 2023

Ramon Olorunwa Abbas, #54313-424
Cimarron Facility
3200 S. Kings Hwy.
Cushing, OK 74023

---

---

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 22-50278 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00322-ODW-1 Central District of California, Los Angeles |
| v. | |
| RAMON OLORUNWA ABBAS, AKA Hush, AKA Ray Hushpuppi, | ORDER |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion to strike the appearance of John O. Iweanoge, II, Michael J. Khouri, and Louis J. Shapiro is treated as a motion to withdraw by retained counsel. The motion, however, does not state that new counsel has been retained, and does not include a completed financial affidavit to support appointment of new counsel. The motion to withdraw (Docket Entry No. 2) is denied without prejudice to filing a motion that complies with Ninth Circuit Rule 4-1(c).

If counsel wishes to withdraw, within 35 days of this order, counsel must either submit a substitution of retained counsel or assist appellant in completing a financial affidavit (CJA Form 23), and file with this court the completed financial affidavit and the renewed motion to withdraw and appoint counsel.

If counsel does not renew the motion to withdraw, the following briefing

Case: 22-50278, 02/21/2023, ID: 12656946, DktEntry: 6, Page 8 of 10
Case: 22-50278, 02/08/2023, ID: 12649468, DktEntry: 5-2, Page 3 of 4

(4 of 5)

schedule will govern: the opening brief and excerpts of record are due March 6, 2023; the answering brief is due April 5, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

Counsel is reminded that a motion to withdraw must be served on defendant. *See* 9th Cir. R. 4-1(c).

The Clerk will serve this order and a CJA Form 23 on appellant's counsel and appellant individually: Reg. No. 54313-424, Cimarron Facility, 3200 S. Kings Hwy., Cushing, OK 74023.



CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Ramon Olorunwa Abbas, #54313-424
Cimarron Facility
3200 S. Kings Hwy.
Cushing, OK 74023

NIXIE    751    DE 1    0001/29/23
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 94119393939    *0540-02337-28-39

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 22-50278

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Ramon Olorunwa Abbas - Register Number: 54313-424
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ  8640

**Description of Document(s)** *(required for all documents)*:

NOTICE AND SERVICE OF NINTH CIRCUIT ORDER AND PROOF OF SERVICE OF ORDER ON DEFENDANT-APPELLANT

**Signature** | /s/ Khaldoun Shobaki    **Date** | Feb 21, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 15**                                                                Rev. 12/01/2018